IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DERRICK HARRIS,

    Plaintiff,

v.

OCWEN LOAN SERVICING,

    Defendant.

CIVIL ACTION FILE
NO. 1:13-CV-03638-HLM

## ORDER

This case is before the Court on the Court's November 6, 2013, Order.

On November 6, 2013, the Court entered an Order denying Plaintiff's Application for Leave to Proceed <u>In Forma Pauperis</u> and ordering Plaintiff to pay the $400.00 filing fee within twenty-eight days. (Order of Nov. 6, 2013 (Docket Entry No. 2) at 4-5.) The Court explicitly cautioned Plaintiff: "<u>If Plaintiff fails to pay the fee as directed, the Court will dismiss this case for want of prosecution.</u>" (<u>Id.</u> at 5 (emphasis in original).)

AO 72A
(Rev.8/8
2)

The twenty-eight day period has expired, and the Clerk's docket indicates that Plaintiff has not paid the $400.00 filing fee as directed in the November 6, 2013, Order. (See generally Docket.) The Court therefore finds that Plaintiff has failed to obey the November 6, 2013, Order, and that dismissal for want of prosecution is authorized. See N.D. Ga. R. 41.3A(2) ("The court may . . . dismiss a civil case for want of prosecution if . . . [a] plaintiff . . . shall, after notice, . . . fail or refuse to obey a lawful order of the court in the case.").

ACCORDINGLY, the Court **DISMISSES** this case **WITHOUT PREJUDICE** for want of prosecution. N.D. Ga. R. 41.3A(2). The Court **DIRECTS** the Clerk to **CLOSE** this case.

IT IS SO ORDERED, this the 6 day of December, 2013.

_____
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/8
2)